UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  06-21598-CIV-HUCK/SIMONTON

CC-AVENTURA, INC., et al.,

    Plaintiffs,

v.

THE WEITZ CO., LLC, et al.,

    Defendants.
    _____/

AND RELATED CROSS-ACTIONS
_____/

## ORDER CANCELING HEARING
## AND DENYING MOTION TO STRIKE

This matter arose upon the Weitz Defendants' Motion to Compel Plaintiffs CC-Aventura, Inc.  (DE # 435, filed 2/9/07) and Classic Residence Management (DE # 434, filed 2/9/07) to Fully Answer First Set of Interrogatories and Fully Respond to First Request for Production of Documents.  A motion to expedite consideration of this matter was granted (DE # 450).  The parties were directed to confer personally; Plaintiff was directed to respond by February 23, 2007, if the matters could not be resolved; and, a hearing was set for Tuesday, February 27, 2007.

On February 23, 2007, at 2:00 p.m., the Weitz Defendants filed an Affidavit of their attorney, Vincent Vaccarella, in support of the request for fees contained in their Motions to Compel (DE # 465).  The undersigned notes that in a footnote to those motions, Defendants stated that they would be filing such an affidavit "shortly."

At approximately 1:30 a.m. on February 24, 2007, Plaintiffs responded to the

Motion to Compel (DE # 467); and, filed a Motion to Strike the Affidavit (DE # 468). Plaintiffs stated that they believed the Motion to Compel had been resolved, and that Defendants' counsel would be withdrawing the motion, and that it was not until February 23, 2007, that they realized that the motion would not be withdrawn. Based upon a review of the correspondence between the parties attached to response, it appears that the only remaining issue is whether there should be an award of fees and costs incurred in connection with the Motion to Compel.

With respect to the Motion to Strike, Plaintiffs contend, in essence, that it was untimely filed, and that there was no request for fees in the Motion to Compel. It is unclear whether Plaintiffs are objecting because the <u>amount</u> of fees was not included in the Motions to Compel, or whether they are inaccurately arguing that there was no <u>request</u> for fees in the Motions to Compel. Based upon a review of the record, the undersigned has determined that it is appropriate to consider the late-filed Affidavit; however, Plaintiffs may file a supplemental response on or before February 28, 2007. In addition, Defendants may file a Reply on or before March 2, 2007. In the alternative, the parties may decide to confer and resolve the issue of sanctions.

It appears that it is no longer necessary to hold a hearing regarding this discovery dispute; and that any remaining issues can be resolved on the papers. Therefore, the hearing is canceled.

Based upon a review of the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Strike (DE # 468) is **DENIED**. Defendants may respond on or before February 28, 2007. It is further

**ORDERED** that the hearing previously set for February 28, 2007 is **CANCELED**.

**Defendants may file a reply on or before March 2, 2007.**

**DONE AND ORDERED** **in chambers in Miami, Florida, this 24th day of February, 2007.**

*Andrea M. Simonton*
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies furnished to:**
**The Honorable Paul C. Huck, United States District Judge**
**All counsel of Record**