UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21598-CIV-HUCK/SIMONTON

CC-AVENTURA, INC., et al.,

    Plaintiffs,

v.

THE WEITZ CO., LLC, et al.,

    Defendants.
    _____/

AND RELATED CROSS-ACTIONS
    _____/

### ORDER ON THE WEITZ DEFENDANTS' MOTIONS TO COMPEL AND REQUESTS FOR SANCTIONS

Presently pending before the Court are the Weitz Defendants' Motions To Compel Plaintiffs CC-Aventura, Inc. and Classic Residence Management Limited Partnership To Fully Answer First Set of Interrogatories and First Request For Production of Documents To Plaintiffs (DE ## 434, 435). All discovery motions in this case are referred to the undersigned Magistrate Judge (DE # 27). The motions are fully briefed (DE ## 465, 467, 477, 481). For the reasons stated below, the motions to compel are denied without prejudice to renew, and the Weitz' Defendants' requests for sanctions are denied.

    A. <u>The Motions To Compel Are Denied Without Prejudice</u>

It is undisputed that since the filing of the instant motion, the Weitz Defendants have received supplemental responses from Plaintiffs. It appears the supplemental responses have resolved most, if not all, of the issues which the Weitz Defendants have raised in their motions to compel. To the extend that the supplemental responses are not sufficient, it appears that the parties should be able to resolve these disputes if they

engage in a good faith effort to do so. Therefore, the motions to compel are denied without prejudice to renew, after counsel consult, in person, in a good faith effort to resolve any remaining issue.[1]

Any subsequent motion to compel filed by either the Weitz Defendants or by Plaintiffs must contain a notice of consultation, pursuant to Local Rule 7.1 A. 3, which states that counsel have consulted, in person, in a good faith effort to resolve any discovery issues. The undersigned is imposing the in person consultation requirement because it is clear, from a review of the letters and emails which counsel exchanged regarding this motion, that consultation by email or by letter is not sufficient. The parties have been unable to resolve, without court intervention, discovery issues which were easily resolvable.

B. The Requests For Sanctions Are Denied

Pursuant to Fed.R.Civ.P. 37(a)(4)(A), the Weitz Defendants' requests for sanctions are denied as not justified by the circumstances surrounding these motions.

Therefore, after a careful review of the record, it is hereby

**ORDERED AND ADJUDGED** that the Weitz Defendants' Motions To Compel Plaintiffs CC-Aventura, Inc. and Classic Residence Management Limited Partnership To Fully Answer First Set of Interrogatories and First Request For Production of Documents To Plaintiffs (DE ## 434, 435), are **DENIED without prejudice to renew after**

---

[1] The undersigned notes that in their reply, the Weitz Defendants contend that Plaintiff CC- Aventura has not verified its discovery responses (DE # 481 at 3). As the Weitz Defendants did not raise this issue in their initial motion to compel (and it is not clear they are raising it in their reply), they may raise it in any supplemental motion to compel, which they may only file after an in person, good faith consultation between counsel to resolve the issue.

personal consultation between counsel regarding any unresolved discovery issues. It is further

**ORDERED AND ADJUDGED** that the Weitz Defendants' Requests For Sanctions Against Plaintiffs CC-Aventura, Inc. and Classic Residence Management Limited Partnership (DE ## 434, 435), are **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, on March 19, 2007.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Paul C. Huck,
   United States District Judge
All counsel of Record