UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  06-21598-CIV-HUCK/SIMONTON

CC-AVENTURA, INC., et al.,

    Plaintiffs,

v.

THE WEITZ CO., LLC, et al.,

    Defendants.
    _____/

AND RELATED CROSS-ACTIONS
    _____/

## ORDER GRANTING PLAINTIFFS' MOTION TO QUASH SUBPOENAS

Presently pending before the Court is Plaintiffs' Motion To Quash Subpoenas Issued To Boelter & Yates and Liberty Building Diagnostics Group (DE # 592).  This motion is referred to the undersigned Magistrate Judge (DE # 27).  The motion is fully briefed (DE ## 626, 637).  For the reasons stated below, Plaintiffs' motion is granted.

Plaintiffs move to quash subpoenas issued by Defendants to Liberty Building Diagnostic Group (hereafter Liberty) and to Boelter & Yates (hereafter Boelter).  Plaintiffs rely on Fed.R.Civ.P. 45(b)(2) to assert that the subpoenas, which were issued from this Court, are procedurally defective because they were served on entities located outside the District, and also required the production of documents within this District.  In the alternative, Plaintiffs assert that the subpoenas should be quashed because both Liberty and Boelter have been retained by Plaintiffs' counsel in anticipation of litigation as consultants who have not been designated as experts, and that the subpoenaed documents are privileged from discovery as attorney work product (DE ## 592, 637).

In response, Defendants concede that the subpoenas are procedurally defective

as contended by Plaintiffs (DE # 626 at 2, fn. 1).  However, Defendants ask this Court to rule on Plaintiffs' assertion of privilege to obviate the need for additional litigation should the subpoenas be reissued (DE # 626).

It is undisputed that this Court has no jurisdiction to enforce the subpoenas at issue, in that the subpoenas were improperly issued from this District to entities located outside of this District.  Therefore, the motion to quash the subpoenas is granted.

In the absence of any valid subpoenas, the undersigned will not issue an advisory opinion concerning Plaintiffs' alternative claim that the subpoenaed documents are privileged.  That issue is not properly before the Court at this time.

Therefore, after a careful review of the record, it is hereby

 **ORDERED AND ADJUDGED** that Plaintiffs' Motion To Quash Subpoenas Issued To Boelter & Yates and Liberty Building Diagnostics Group (DE # 592), is **GRANTED**.  The subpoenas directed to Boelter & Yates and Liberty Building Diagnostics Group are hereby **QUASHED**.

**DONE AND ORDERED** in chambers in Miami, Florida, on May 22, 2007.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Paul C. Huck,
   United States District Judge
All counsel of record