UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21598-CIV-HUCK/SIMONTON

CC-AVENTURA, INC., et al.,

    Plaintiffs,

v.

THE WEITZ CO., LLC, et al.,

    Defendants.
_____/

## ORDER DENYING THE WEITZ DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH THE COURT'S JANUARY 31, 2008 ORDER

Presently pending before the Court is The Weitz Defendants' Motion For Enlargement of Time To Comply With Certain Aspects of The Court's Order On Pending Discovery Motions Dated January 31, 2008 (DE # 974). This motion is referred to the undersigned Magistrate Judge (DE # 27).

The Weitz Defendants ask this Court to extend from February 14, 2008 until February 29, 2008 the deadline for them to produce to Plaintiffs certifications regarding document production issues and supplemental responses to certain of Plaintiffs' interrogatories. In support thereof, the Weitz Defendants state that they have been working on complying with the February 14, 2008 deadline, but will not be able to timely comply because counsel for the Weitz Defendants has been involved with the accelerated discovery and briefing procedure regarding the contract interpretation issues, and because Weitz personnel who possess the required information have been unavailable. The Weitz Defendants further state that counsel for Plaintiffs had indicated that he opposes this motion (DE # 974).

The Weitz Defendants' motion for extension is denied because the Weitz

**Defendants have not made a sufficient showing as to why their motion should be granted. For example, they have not provided an affidavit stating what actions their counsel and/or Weitz employees have taken in an effort to meet the deadlines, what Weitz employees have been absent and why, and when they will return. The Court notes that the Weitz Defendants had previously been ordered to provide this information in orders entered in September 2007.**

**Moreover, while it is unclear whether Plaintiffs need any of this information to adequately brief their position concerning the damages permitted under the Construction Contract, the undersigned notes that the District Court has ordered that both parties file mini trial briefs on this issue by February 29, 2008, the date on which the Weitz Defendants wish to fully comply with the Court's January 31, 2008 order. The Court further notes that on February 11, 2008, Plaintiffs filed an emergency motion to compel in which they contend that the Weitz Defendants have not fully complied with the portion of the Court's January 31, 2008 order requiring the Weitz Defendants to provide a full and complete answer to Interrogatory 22 by February 4, 2008 (DE # 967). Thus, it is clear that the Weitz Defendants have further issues regarding their compliance with the Court's January 31, 2008 order.**

**Therefore, for the reasons stated above, it is hereby**

**ORDERED AND ADJUDGED that The Weitz Defendants' Motion For Enlargement of Time To Comply With Certain Aspects of The Court's Order On Pending**

Discovery Motions Dated January 31, 2008 (DE # 974), is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, on February 15, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Paul C. Huck,
    United States District Judge
All counsel of record