UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-21598-CIV-HUCK/SIMONTON

CC-AVENTURA, INC., a Delaware corporation,
*et al.*,

    Plaintiffs,

vs.

THE WEITZ COMPANY, LLC, an Iowa limited
liability company, *et al.*,

    Defendants.
_____/

AND ALL RELATED ACTIONS
_____/

## ORDER DENYING MOTION FOR ENTRY OF FINAL JUDGMENT

THIS CAUSE comes before the Court upon Third Party Defendant United States Fidelity & Guaranty Co.'s ("US F&G") Motion for Entry of Final Judgment (D.E. #858). US F&G sought entry of final judgment under Federal Rules of Civil Procedure 54(b) and 58(d). According to Rule 54(b), where an action presents more than one claim for relief or when multiple parties are involved, the court "may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."

The Court does find there is a just reason for delaying the entry of final judgment - because of the unusually large number of parties and claims in this action, the Court declines to set a precedent of entering piecemeal final judgments.

US F&G offers two main arguments in support of its Motion. First, US F&G claims that a final judgment would allow it to pursue its ancillary claim for costs and attorneys fees. The Court rejects this argument - even if Court were to grant the Motion for Entry of Final Judgment, it would not rule on a motion for costs and fees until the resolution of an appeal of this case. Second, US F&G argues that this Court should enter final judgment now because Weitz's financial situation may worsen. The Court rejects this argument as well. US F&G's position in this regard is not unique -

1

every other party seeking to recover from Weitz faces the same danger.

In sum, the Court finds there is just reason for delaying the entry of final judgment in favor of US F&G at this time. Accordingly, it is hereby

ORDERED AND ADJUDGED that US F&G's Motion for Entry of Final Judgment is DENIED WITHOUT PREJUDICE, to be refiled upon resolution of all the claims in this case.

DONE AND ORDERED in chambers, Miami, Florida, April 11, 2008.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
All Counsel of Record