UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO : 06-21598-CIV-HUCK/SIMONTON

CC-AVENTURA, INC., a Delaware Corporation;
CLLASSIC RESIDENCE MANAGEMENT
LIMITED PARTNERSHIP, an Illinois Limited
Partnerships,

        Plaintiffs,

v.

THE WEITZ COMPANY, LLC, an Iowa Limited
Liability Company; THE WEITZ COMPANY, INC.,
an Iowa Corporation; MSA ARCHITECTS, INC.,
a Florida corporation; Doe Entities 1-100,

        Defendants.
_____/

MSA ARCHITECTS, INC., a Florida corporation,

        Defendant/Cross-Claimant,

v.

THE WEITZ COMPANY, LLC., an Iowa Limited
Liability Company; THE WEITZ COMPANY, INC.,
an Iowa Corporation,

        Defendants/Cross-Defendants.
_____/

### ORDER ON THIRD-PARTY DEFENDANTS, GAMMA USA, INC. AND AMERICAN MANUFACTURES MUTUAL INSURANCE COMPANY STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came on the Stipulation for Substitution of Counsel, and the Court being fully advised in the premises, it is hereby:

ORDERED and AJUDGED that LEONARD W. KLINGEN, ESQ. is hereby permitted to withdraw as counsel for Third-Party Defendants, GAMMA USA, INC. and AMERICAN MANUFACTURES MUTUAL INSURANCE COMPANY, and ANTHONY E. PALMER, ESQ. and V. JULIA LUYSTER, ESQ. of VALDINI & PALMER, P.A. are substituted in LEONARD W. KLINGEN'S place.

DONE and ORDERED in Chambers at Miami-Dade County, Florida, this 28 day of April, 2008.

_____
HONORABLE PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

Copies furnished to All Counsel of Record via electronic transmission