UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21598-CIV-HUCK/O'SULLIVAN

CC-AVENTURA, INC., a Delaware corporation,
et al.,

    Plaintiff,

vs.

THE WEITZ COMPANY, LLC, an Iowa limited
liability company, et al.,

    Defendants.
_____/

AND ALL RELATED ACTIONS
_____/

## AGREED ORDER APPROVING STIPULATION OF TRANE AND FIDELITY & DEPOSIT COMPANY OF MARYLAND TO HOLD FUNDS IN ESCROW AND DISMISSING TRANE'S AMENDED COUNTERCLAIM AGAINST FIDELITY & <u>DEPOSIT COMPANY OF MARYLAND</u>

**THIS MATTER** is before the Court upon the Stipulation for Entry of an Agreed Order Approving Parties' Agreement to Hold Funds in Escrow and Dismissing American Standard, Inc. d/b/a Trane's (hereinafter "Trane") Amended Counterclaim Against Fidelity & Deposit Company of Maryland (hereinafter "F&D") and it is hereby

**ORDERED AND ADJUDGED** that the Stipulation referred to above is hereby approved and ratified by this Court. Trane and F&D are hereby bound by its terms and conditions and ordered to comply therewith. Accordingly, Trane's Amended Counterclaim as to Fourth-Party Defendant F&D is hereby dismissed and this Court retains jurisdiction over the parties hereto, and of the subject matter of this stipulation, in order to enforce the terms of the Stipulation.

DONE AND ORDERED in Chambers, Miami, Miami-Dade County, Florida, this _24_ day of May, 2008.

                                                PAUL C. HUCK
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record