UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  06-21598-CIV-HUCK/O'SULLIVAN

CC-AVENTURA, INC., a Delaware corporation, *et al.*,

    Plaintiffs,

vs.

THE WEITZ COMPANY, LLC, an Iowa limited
liability company, *et al.*,

    Defendants.
_____/

AND ALL RELATED ACTIONS
_____/

## ORDER DENYING CONCRETE & LUMBER'S MOTION FOR A SEPARATE TRIAL ON CONTRACT INTERPRETATION

THIS CAUSE is before the Court upon Concrete & Lumber Enterprises Corporation's ("Concrete & Lumber") Motion for a Separate Trial on Contract Interpretation, filed May 5, 2008 (D.E. #1124).  The Court has considered the Motion, the Responses thereto, all pertinent parts of the record, and the parties' arguments at the hearing held on Wednesday, June 4, 2008.

In its Motion Concrete & Lumber argues for a separate jury trial and final judgment on the issue of the available damages under the Construction Contract, and to stay all discovery related to "consequential damages" until the resolution of that issue.

The Court has discretion to decide whether the issue of available damages under the Construction Contract is determined in a separate trial or in the main trial of this case.  *See, e.g.*, *Griffin v. City of Opa-Locka*, 261 F.3d 1295, 1301 (11th Cir. 2001) ("Rule 42(b) of the Federal Rules of Civil Procedure affords a district court discretion to order separate trials where such order would further convenience, avoid prejudice, or promote efficiency.").  While Concrete & Lumber's idea of having a separate jury trial "in a relatively short time" is tempting, the Court is ultimately convinced by the arguments put forth by the parties opposing it.  For example, the Court does not believe that "the need for the Defendants and Third Party Defendants to conduct discovery on the Plaintiffs [sic] damages will be greatly reduced," as argued by Concrete and Lumber.  This is

because Plaintiffs are still seeking consequential damages pursuant to their other claims against Defendants, such as for professional negligence and violations of the South Florida Building Code. Thus, the parties will still have to take discovery related to consequential damages regardless of whether they are determined to be available under the Construction Contract.  *See* Plaintiffs' Resp., D.E. #1145 at 2-3.

In sum, the Court does not agree with Concrete & Lumber that a "separate trial [on the available damages under the Construction Contract] and the entry of a final judgment on such issue will further the convenience of this Court and of the parties and witnesses."  D.E. #1124 at 1. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion is DENIED.  The Court suggests the parties seek other ways to simplify the issue of damages, such as using a verdict form on which the jury may specify different amounts for the various categories of damages.  However, if the circumstances upon which this Order is based change, Concrete & Lumber may renew its Motion and the Court will revisit the issue.

DONE AND ORDERED in Chambers, Miami, Florida, this June 10, 2008.

_____

| | |
|---|---|
| Copies furnished to: | PAUL C. HUCK |
| All counsel of record | UNITED STATES DISTRICT JUDGE |