UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21598-CIV-HUCK/O'SULLIVAN

CC-AVENTURA, INC., a
Delaware Corporation, et al.,

    Plaintiffs,

v.

THE WEITZ COMPANY, LLC, an
Iowa Limited Liability Company et al.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Motion to Compel Third-Party Aero Cooling, Inc. (DE # 1134, 5/14/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from Aero Cooling, and a response having been due, it is

ORDERED AND ADJUDGED, that Aero Cooling shall file a response to the Motion to Compel Third-Party Aero Cooling, Inc. (DE # 1134, 5/14/08) on or before July 7, 2008. The failure to file a response may result in an Order granting the Motion to Compel Third-Party Aero Cooling, Inc. (DE # 1134, 5/14/08)) in its entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **26th** day of June, 2008.

                                                  JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies provided to:
The Honorable Judge Huck
All Counsel of Record