UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21598-CIV-HUCK/O'SULLIVAN

CC-AVENTURA, INC., a
Delaware Corporation, et al.,

    Plaintiffs,

v.

THE WEITZ COMPANY, LLC, an
Iowa Limited Liability Company et al.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Motion to Compel Third-Party Metro Caulking & Waterproofing, Inc. (DE # 1277, 7/28/08).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from Metro Caulking & Waterproofing, Inc. , and a response having been due, it is

ORDERED AND ADJUDGED that the Motion to Compel Third-Party Metro Caulking & Waterproofing, Inc. (DE # 1277, 7/28/08) is GRANTED.  Metro Caulking & Waterproofing, Inc. shall provide the outstanding discovery responses requested in the

instant motion.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **15th** day of September, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
The Honorable Judge Huck
All Counsel of Record

Sent by Chambers to:

Robert William Wilkins, Esq.
Jones, Foster, Johnston & Stubbs, PA
505 S. Flagler Dr.
Suite 1100
West Palm Beach, FL 33401

Scott D. Rembold, Esq.
Boger & Rembold
2121 Ponce de Leon Blvd.
Suite 600
Coral Gables, FL 33134