UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-21598-Civ-Huck/O'Sullivan

CC-AVENTURA, INC., a Delaware
corporation, *et al.*,

      Plaintiffs,

v.

THE WEITZ COMPANY*,* LLC, an Iowa
limited liability company, *et al*.,

      Defendants.

_____/

AND ALL RELATED ACTIONS.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION

This matter is before the Court on a Report & Recommendation by Magistrate Judge John J. O'Sullivan (Doc. 2166), filed March 11, 2010.  On October 2, 2009, the Court granted Coastal Masonry, Inc.'s motion for sanctions against CC-Aventura, Inc. (Doc. 2038) and on November 30, 2009 referred this matter to Judge O'Sullivan to determine the amount of sanctions (Doc. 2108). Judge O'Sullivan recommends that Coastal be awarded $54,765.00.  Neither party has objected to Judge O'Sullivan's recommendation within the period required by law.  The Court has reviewed *de novo* the Report & Recommendation, the motion, the pertinent portions of the record, and is otherwise duly advises in the premises.

The Court hereby adopts the findings of fact and conclusions of law as stated in the Report. Coastal is entitled to $54,765.00 in sanctions.  If CC-Aventura does not remit the aforementioned sum within 30 days, Coastal may petition the Court for the entry of a final judgment for sanctions.

ORDERED in Chambers at Miami, Florida, on April 2, 2010.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record